UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODNEY FITZGERALD BOUTWELL,

    Plaintiff,

v.                                Case No. 3:14cv616/RV/CJK

ENTERPRISE RENTAL CO. et al.,

    Defendants.

_____/

## ORDER

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 11, 2014 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the court.

    Accordingly, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this Order.

    2. This case is DISMISSED for lack of subject matter jurisdiction, and the clerk is directed to close the file.

    DONE AND ORDERED this 16th day of January, 2015.

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**